# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

3:93-CR-74-02
and
3:93-CR-80-01

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| LEROY KILLIAN | ) |

THIS MATTER IS BEFORE THE COURT on its own motion. It has been brought to the court's attention that Leroy Killian's Amended J&C [doc. #33] is incorrect in stating that the Supervised Release terms on Counts 2 and 5 in 3:93cr74-2 are to run consecutively and that remaining counts are also to run consecutively. During the sentencing hearing, the court ordered a supervised release term of five years on Counts Two and Five, and a supervised release term of three years all to be served concurrently on the remaining counts.

In accordance with the court's original intent, IT IS HEREBY ORDERED that a new J&C is to be prepared to correctly reflect the terms stated during the sentencing hearing.

IT IS SO ORDERED.

Signed: April 15, 2011

Graham C. Mullen
United States District Judge