IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:93-CR-74
and
3:93-CR-80

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEROY KILLIAN ) | |
| ) | |

    THIS MATTER IS BEFORE THE COURT ON the pro se letter Motion for Early Termination from Supervised Release filed on December 4, 2013. For cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

    IT IS SO ORDERED.

Signed: December 6, 2013

Graham C. Mullen
United States District Judge